UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN MARSH,<br><br>Defendant | Criminal No.  23cr10307<br><br>Violations:<br><br>Count One: Possession with Intent to Distribute Cocaine and Fentanyl<br>(21 U.S.C. § 841(a)(1))<br><br>Count Two: Possession with Intent to Distribute Cocaine and Fentanyl<br>(21 U.S.C. § 841(a)(1))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INFORMATION

COUNT ONE
Possession with Intent to Distribute Cocaine and Fentanyl
(21 U.S.C. § 841(a)(1))

The United States Attorney charges:

On or about October 27, 2020, in Brockton, in the District of Massachusetts, the defendant,

BRIAN MARSH,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO
Possession with Intent to Distribute Cocaine and Fentanyl
(21 U.S.C. § 841(a)(1))

The United States Attorney further charges:

On or about November 11, 2021, in Brockton, in the District of Massachusetts, the defendant,

BRIAN MARSH,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl )-4-piperidinyl] propenamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The United States Attorney further alleges:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Section 841(a)(1), set forth in Counts One and Two, the defendant,

BRIAN MARSH,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.  The property to be forfeited includes, but is not limited to, the following assets:

    a. $666 in U.S. Currency, seized on October 27, 2020 in Brockton, Massachusetts.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

JOSHUA S. LEVY
United States Attorney

By: */s/ John T. Dawley, Jr.*
John T. Dawley, Jr.
Assistant United States Attorney